```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ZYRCUITS IP LLC,                                               :
                                                               :
                              Plaintiff,                       :   1:20-cv-08057-GHW
                                                               :
              -v -                                             :   NOTICE
                                                               :
QUIRKY, INC.,                                                  :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court notes that Plaintiff alleges that venue is proper here because Defendant has an office in Irvine, California. Compl., Dkt No. 1, ¶ F. Irvine, California is not in the Southern District of New York.

Dated: September 30, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge